No. 700.—MANRIQUE, peticionario, *v.* CORTE DE DISTRITO DE SAN JUAN.— ▮ Feb. 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No ha lugar.

No. 4009.—PUEBLO, apldo., *v.* FALCÓN, aplte.—C. D. Arecibo. ▮

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Con lugar la moción de desestimación por falta de alegato y sin lugar la del apelante pidiendo nuevo término para radicarlo.

No. 5228.—FÉLIX, peticionario-aplte., *v.* CARBALLEIRA, JUEZ MUNICIPAL DE SAN JUAN, apldo.—C. D. San Juan. ▮ Feb. 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

No habiendo la parte apelante hecho gestión alguna desde el 11 de enero de 1930 para tramitar su recurso, debemos desestimar y desestimamos la apelación interpuesta contra la sentencia dictada en este caso.

No. 4762.—MATEO, aplte., *v.* JUNTA EXAMINADORA DE INGENIEROS, ETC., aplda.—C. D. San Juan. ▮ Feb. 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

A la moción de desestimación presentada el 26 de febrero actual y ampliada en escrito del día siguiente, ayer: atendida la interpretación dada por este tribunal a la ley No. 31 de 1927 en los casos de Llovet Díaz, Arán Zuzuarregui, González y Flores, todos contra la Junta Examinadora de Ingenieros, Arquitectos y Agrimensores, resueltos el mismo día en que éste fué decidido, surgiendo el hecho de que el peticionario Mateo no había ejercido como un verdadero arquitecto de su propia solicitud estudiada a la luz de la prueba que a la junta presentara el mismo peticionario, no ha lugar.